UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURKART, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>   v.<br><br>VIGHYAN PRATAP,<br><br>        Defendant. | No. 2:14-cv-02671-KJM-KJN |
| MICHAEL BURKART, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>   v.<br><br>ASLAM SHAIKH,<br><br>        Defendant. | No. 2:14-cv-02672-KJM-DAD |
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>DONOVAN MAKUND,<br><br>        Defendant. | No. 2:14-cv-02673-JAM-DAD |

1

| | |
|---|---|
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>ASHISH MAHARAJ,<br><br>        Defendant. | No. 2:14-cv-02674-JAM-EFB |
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>SURAJ NARAYAN,<br>        Defendant. | No. 2:14-cv-02675-TLN-DAD |
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>PANKAJ PANDEY,<br><br>        Defendant. | No. 2:14-cv-02676-TLN-KJN |
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>SATYA PRASAD; JESSICA PRASAD,<br><br>        Defendants. | No. 2:14-cv-02677-MCE-KJN |
| MICHAEL BURKART,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAILENDRA SHARMA,<br><br>        Defendant. | No. 2:14-cv-02678-TLN-CKD |

| | |
|---|---|
| MICHAEL BURKART, | |
|       Plaintiff, | No. 2:14-cv-02679-MCE-AC |
|   v. | |
| KISHORE PRASAD, | |
|       Defendant. | |
| MICHAEL BURKART, | |
|       Plaintiff, | No. 2:14-cv-02680-MCE-EFB |
|   v. | |
| VINOD PRASAD, | |
|       Defendant. | |
| MICHAEL BURKART, | |
|       Plaintiff, | No. 2:14-cv-02681-KJM-AC |
|   v. | |
| SUZIE MAHARAJ, | |
|       Defendant. | |
| MICHAEL BURKART, | |
|       Plaintiff, | No. 2:14-cv-02682-GEB-CKD |
|   v. | |
| VINOD PRASSAD, | |
|       Defendant. | RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, all "actions involve similar questions of fact and the same

3

question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:14-cv-02672, 2:14-cv-02673, 2:14-cv-02674, 2:14-cv-02675, 2:14-cv-02676, 2:14-cv-02677, 2:14-cv-02678, 2:14-cv-02679, 2:14-cv-02680, 2:14-cv-02681, and 2:14-cv-02681 are reassigned to Judge Kimberly Mueller and to Magistrate Judge Kendall J. Newman.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as: 2:14-cv-02672-KJM-KJN, 2:14-cv-02673-KJM-KJN, 2:14-cv-02674-KJM-KJN, 2:14-cv-02675-KJM-KJN, 2:14-cv-02676-KJM-KJN, 2:14-cv-02677-KJM-KJN, 2:14-cv-02678-KJM-KJN, 2:14-cv-02679-KJM-KJN, 2:14-cv-02680-KJM-KJN, 2:14-cv-02681-KJM-KJN, and 2:14-cv-02682-KJM-KJN.

Any prior referrals of these cases to a magistrate judge are WITHDRAWN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 22, 2015.

_____
UNITED STATES DISTRICT JUDGE